IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SPEECH TRANSCRIPTION, LLC, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIV. ACTION NO. 2:23-cv-00605-JRG-RSP |
| | § | |
| EXABEAM, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Speech Transcription, LLC ("Speech") and Defendant Exabeam, Inc. ("Exabeam") (collectively, "the Parties") hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement.

Speech and Exabeam have reached an agreement in principle to settle all matters in controversy between Speech and Exabeam. The Parties respectfully request a stay of all case deadlines in this case between Speech and Exabeam for thirty (30) days while the Parties finalize a settlement agreement and file dismissal documents with the Court.

WHEREFORE, the Parties respectfully request that the Court enter the proposed order submitted with this motion as set forth.

Dated: May 10, 2024                                    Respectfully submitted,

/s/ Eric H. Findlay
Eric H. Findlay
(Texas State Bar No. 00789886)
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com

Brett Schuman
BSchuman@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Fred Feyzi
FFeyzi@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

Attorneys for Defendant Exabeam, Inc.

*/s/ Randall Garteiser*
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
GARTEISER HONEA, PLLC
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

René A. Vazquez
Virginia Bar No. 41988
rvazquez@sinergialaw.com
SINERGIA TECHNOLOGY LAW GROUP, PLLC
18295 St. Georges Ct.
Leesburg, Virginia 20176
Telephone: (703) 89-2244

COUNSEL FOR PLAINTIFF

2

3

**CERTIFICATE OF CONFERENCE**

Counsel for Defendant met and conferred with counsel for Plaintiff Speech Transcription, LLC on May 9, 2024. The Parties jointly request the relief sought herein.

>*/s/ Eric H. Findlay*
>Eric H. Findlay

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 10, 2024, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

>*/s/ Eric H. Findlay*
>Eric H. Findlay