# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SPEECH TRANSCRIPTION, LLC, § § *Plaintiff*, § § v. § § EXABEAM, INC., § § *Defendant*. § § § | Case No. 2:23-CV-00605-JRG-RSP |

## ORDER

Before the Court is the Joint Motion to Stay all Deadlines and Notice of Settlement filed by Plaintiff Speech Transcription, LLC and Defendant Exabeam, Inc. (Dkt. No. 11.) After consideration, the Court GRANTS the Parties' Joint Motion.

IT IS THEREFORE ORDERED that all unreached deadlines in this matter are hereby stayed for 30 days to allow the Parties to submit dismissal papers. The Parties shall file dismissal documents not later than June 10, 2024.

**SIGNED this 15th day of May, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE