## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |  |
|---|---|---|
| **SPEECH TRANSCRIPTION, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case: 2:23-cv-00605-JRG-RSP** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **EXABEAM, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION FOR DISMISSAL

Under Federal Rule of Civil Procedure 41(a), Speech Transcription, LLC moves to dismiss its claims **with prejudice** against Exabeam, Inc., with each party bearing its own attorneys' fees and costs.

Date: June 11, 2024

Respectfully submitted,

/s/ *René A. Vazquez*
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
M. Scott Fuller
  Texas Bar No. 24036607
  sfuller@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

René A. Vazquez
Virginia Bar No. 41988
rvazquez@sinergialaw.com

/s/ *Eric H. Findlay*
Eric H. Findlay
(Texas State Bar No. 00789886)
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com

Brett Schuman
BSchuman@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111

**SINERGIA TECHNOLOGY LAW GROUP, PLLC**
18295 St. Georges Ct.
Leesburg, Virginia 20176
Telephone: (703) 989-2244

*Counsel for Plaintiff*

Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Fred Feyzi
FFeyzi@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this, I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system.  As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ René A. Vazquez*
René A. Vazquez

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Eastern District of Texas Local Rule CV-7(i), counsel has complied with the meet and confer requirement in Local Rule CV-7(h). The Parties have conferenced, and counsel is in agreement with this motion.

*/s/ René A. Vazquez*
René A. Vazquez