THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SPEECH TRANSCRIPTION, LLC,** | ) |
| Plaintiff, | ) Case: 2:23-cv-00605-JRG-RSP |
| v. | ) |
| **EXABEAM, INC.** | ) |
| Defendant. | ) |

**ORDER GRANTING JOINT MOTION FOR DISMISSAL**

Before the Court is the parties' Joint Motion of Dismissal of Exabeam, Inc.. Having fully considered the Motion, the Court is of the opinion that the Motion should be granted.

All claims of infringement that Plaintiff raised or could have raised in this action are dismissed with prejudice.

Each Party will bear its own costs, expenses, and attorneys' fees.